IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| CHESAPEAKE EXPLORATION, LLC | § | |
| v. | § | CIVIL ACTION NO. 9:09CV155 |
| EBB FLYNT | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this case has been presented for consideration. The Report and Recommendation recommends that Defendant's Motion to Dismiss Under Rule 12(b) for Lack of Jurisdiction (document #7 and #11) be denied. No written objections have been filed. The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

**ORDERED** that Defendant's Motion to Dismiss Under Rule 12(b) for Lack of Jurisdiction (document #7 and #11) is **DENIED**.

So **ORDERED** and **SIGNED** this **18** day of **February, 2010.**

_____
Ron Clark, United States District Judge